UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| LEO MUHAMMAD, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | Case No. 4:08CV1709 CDP |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

## MEMORANDUM AND ORDER

Leo Muhammad seeks to reconsider my denial of his § 2255 motion on July 28, 2010. Because Muhammad's motion for reconsideration presents no new factual or legal arguments that convince me my decision was in error, the motion will be denied.[1]

Accordingly,

**IT IS FURTHER ORDERED** that the motion for reconsideration [#16] is denied.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 8th day of September, 2010.

_____

[1]Muhammad also complains that he was not given time to object to the Report and Recommendation of the magistrate judge, but this case was not referred to a magistrate judge.