UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| LEO MUHAMMAD, | ) | |
|---|---|---|
| Petitioner, | ) | |
| vs. | ) | Case No. 4:08CV1709 CDP |
| UNITED STATES OF AMERICA, | ) | |
| Respondent. | ) | |

## **MEMORANDUM AND ORDER**

This matter is before me on Leo Muhammad's "motion for summary judgment pursuant to Federal Rule of Civil Procedure Rule 56(d)(1) [to] establish facts not fully adjudicated or grant certificate of appealability." I denied Muhammad's § 2255 motion on July 28, 2010. On that same date, I also denied Muhammad a certificate of appealability. This case is closed, and Muhammad is not entitled to any relief sought in the motion.

Accordingly,

**IT IS HEREBY ORDERED** that petitioner's motion [#18] is denied.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 27th day of September, 2010.