UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| LEO MUHAMMAD, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) Case No. 4:08CV1709 CDP |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |

## **MEMORANDUM AND ORDER**

This matter is before me on Leo Muhammad's motion for documents and transcripts. I denied Muhammad's § 2255 motion and certificate of appealability. Muhammad now seeks documents for appeal. There is no transcript of proceedings for this civil case, and the documents Muhammad seeks are not "original papers and exhibits" filed in this case. Most of the documents sought constitute government discovery in the underlying criminal case and are not in the Court file. The Court has already provided free copies of several documents to Muhammad to assist him with his § 2255 motion. Muhammad has shown no need for grand jury transcripts, and to the extent they contained discoverable materials in the underlying criminal case they were produced before or during trial to Muhammad's lawyer. The record in the underlying criminal case is complete, including transcripts, as that case was previously appealed to the Eighth Circuit

Court of Appeals. I will order the Clerk of the Court to provide a copy of the docket sheet in this case to Muhammad but will deny the motion in all other respects. If Muhammad wants any documents from this or the underlying criminal case, he must order and pay for them as the Court has previously denied him a certificate of appealability.

Accordingly,

**IT IS HEREBY ORDERED** that petitioner's motion [#23] is denied.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 1st day of November, 2010.