UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| LEO MUHAMMAD, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | Case No. 4:08CV1709 CDP |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

## **MEMORANDUM AND ORDER**

Petitioner moves for reconsideration of my denial of a certificate of appealability in this closed case. I denied petitioner's § 2255 motion on July 28, 2010. The Eighth Circuit Court of Appeals denied petitioner a certificate of appealability and dismissed his appeal on March 3, 2011. The appellate court then denied petitioner's motion for rehearing and issued the mandate on April 27, 2011. Petitioner moved for a certificate of appealability on June 26, 2013. Because there was nothing to appeal in this closed case, I denied the certificate of appealability. I also construed petitioner's motion liberally as one for relief from judgment under Federal Rule of Civil Procedure 60 and denied it, as the motion demonstrated no grounds for relief. Because petitioner's current motion does not convince me that my prior decision was in error, the motion for reconsideration will be denied.

Accordingly,

**IT IS HEREBY ORDERED** that petitioner's motion for reconsideration [#33] is denied.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 29th day of July, 2013.